```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:09-CR-00476 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING HEARING REGARDING RESTITUTION |
| v. | |
| KENYON GRAHAM REYNOLDS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Eric V. Kersten, Attorney for Defendant KENYON GRAHAM REYNOLDS, that the hearing regarding

////
////
////
////
////
////

---
Stipulation & [Proposed] Order Continuing Hearing on Restitution

restitution currently set for February 21, 2012, at 10:00 a.m. be continued to April 16, 2012, at 10:00 a.m.

Respectfully submitted,

Dated: February 14, 2012        BENJAMIN B. WAGNER
                                United States Attorney


                        By: /s/ Stanley A. Boone
                            STANLEY A. BOONE
                            Assistant U.S. Attorney


Dated: February 14, 2012    By: Eric V. Kersten
                                (as authorized on 02/14/12)
                                ERIC V. KERSTEN
                                Attorney for Defendant
                                KENYON GRAHAM REYNOLDS


**ORDER**

IT IS ORDERED that the hearing regarding restitution be continued from February 21, 2012, to April 16, 2012, at 10:00 a.m. IT IS SO ORDERED.

Dated:      February 15, 2012         _____
                                      CHIEF UNITED STATES DISTRICT JUDGE