```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorneys
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for the
     United States of America
 7
 8              IN THE  UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,      )   Case No:   1:09-cr-00476 AWI
11                                 )
                 Plaintiff,        )   STIPULATION RE: RESTITUTION
12                                 )   and ORDER
         v.                        )
13                                 )
                                   )
14  KENYON GRAHAM REYNOLDS,        )
                                   )
15               Defendant.        )
                                   )
16
17       IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel, Stanley A. Boone, Assistant
19  United States Attorney, for Plaintiff and Eric Kersten, Assistant
20  Federal Defender, for Defendant that the restitution imposed by
21  the court and entered into the judgment dated May 20, 2011 in the
22  amount of $6,000 should be removed from the judgment in light of
23  the Ninth Circuit decision of United States v. Kennedy, 643 F.3d
24  1251 (2011), and as a result of the government's subsequent notice
25  to victims and/or their representatives to supplement any
26  restitution amount consistent with the Kennedy decision.
27
28                                  1
```

IT IS FURTHER STIPULATED that an amended judgment be entered which reflects only that no restitution be imposed against this defendant.

THE PARTIES FURTHER STIPULATE and waive the right to have this matter heard at a sentencing hearing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 4/17/2012                By    /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney


DATE: 4/18/2012                 By    /s/ Eric Kersten
                                      ERIC KERSTEN
                                      Attorney for
                                      KENYON GRAHAM REYNOLDS

**ORDER**

IT IS SO ORDERED.

Dated:   April 18, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE